UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARILYN RAE BASKIN and ESTHER FULLER; BONNIE EVERLY and LINDA JUDKINS; DAWN LYNN CARVER and PAMELA RUTH ELEASE EANES; HENRY GREENE and GLENN FUNKHOUSER, individually and as parents and next friends of C.A.G.; and AMY SANDLER and NIKOLE QUASNEY,<br><br>            Plaintiffs,<br><br>        vs.<br><br>PENNY BOGAN, in her official capacity as BOONE COUNTY CLERK; KAREN M. MARTIN, in her official capacity as PORTER COUNTY CLERK; MICHAEL A. BROWN, in his official capacity as LAKE COUNTY CLERK; PEGGY BEAVER, in her official capacity as HAMILTON COUNTY CLERK; WILLIAM C. VANNESS, in his official capacity as the COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH; and GREG ZOELLER, in his official capacity as INDIANA ATTORNEY GENERAL,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  1:14-cv-00355-RLY-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MINUTE ENTRY**

Parties appeared telephonically, plaintiffs by Barbara Baird, Brent Ray, Camilla Taylor, and Paul Castillo and defendants by Tom Fisher, Heather Shoemaker, Elizabeth

1

Knight, and Nancy Tiller, for the conference set this date.

Parties agreed that they wish to resolve this matter expeditiously. As such, dispositive motions are due on **April 21, 2014**. Additionally, the hearing for Plaintiffs' Amy Sandler and Nikole Quasney's motion for a temporary restraining order (Filing No. 31) is set for Thursday, **APRIL 10, 2014 at 9:30 a.m.** central time before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708.

**SO ORDERED** this 4th day of April 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.