UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARILYN RAE BASKIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:14-cv-00355-RLY-TAB |
| | ) |
| PENNY BOGAN, in her official capacity as Boone County Clerk, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Greg Zoeller, William C. VanNess II, M.D., Penny Bogan, Karen Martin, Michael Brown, and Peggy Beaver respectfully request that this Court enter summary judgment against the Plaintiffs on all of their claims. In support of this motion, Defendants assert as follows:

There are no genuine issues of material fact that would preclude the entry of judgment as a matter of law in the Defendants' favor as to any of their claims. This motion is based on the Defendants' contemporaneously filed Combined Memorandum in Support of Their Motion for Summary Judgment and in Opposition to Plaintiffs' Motions for Preliminary Injunction and Motion for Summary Judgment.

Wherefore, Defendants respectfully request that this Court enter judgment against the Plaintiffs pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana

*s/ Nancy Moore Tiller*  *s/ Thomas M. Fisher*
Nancy Moore Tiller   Thomas M. Fisher
Nancy Moore Tiller & Associates   Solicitor General
11035 Broadway, Suite A   Office of the Attorney General
Crown Point, IN 46307   302 W. Washington St., IGC-S, 5th Floor
Tel: (219) 662-2300   Indianapolis, IN 46204-2770
Fax: (219) 662-8739   Phone: (317) 232-6255
nmt@tillerlegal.com   Fax: (317) 232-7979
*Counsel for Michael A. Brown*   Email: Tom.Fisher@atg.in.gov
*Counsel for Greg Zoeller and William C. VanNess II, M.D.*

*s/ Robert V. Clutter*
Robert V. Clutter
Kirtley, Taylor, Sims, Chadd & Minnette, P.C.   *s/ Darren J. Murphy*
117 W. Main Street   Darren J. Murphy
Lebanon, IN 46052   Assistant Hamilton County Attorney
Tel: 765-483-8549   694 Logan St.
Fax: 765-483-9521   Noblesville, IN 46060
bclutter@kirtleytaylorlaw.com   Tel: (317) 773-4212
*Counsel for Penny Bogan*   Fax: (317) 776-2369
dmurphy@ori.net
*Counsel for Peggy Beaver*

*s/ Elizabeth A. Knight*
Elizabeth A. Knight
Porter County Administrative Center
155 Indiana Avenue, Ste. 205
Valparaiso, IN 46383
Tel: (219) 465-3329
Fax: (219) 465-3362
eknight@porterco.org
*Counsel for Karen Martin*

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Barbara J. Baird
The Law Office Of Barbara J Baird
bjbaird@bjbairdlaw.com

Paul D. Castillo
Camilla B. Taylor
Christopher R. Clark
Lambda Legal Defense & Education Fund, Inc.
pcastillo@lambdalegal.org
ctaylor@lambdalegal.org
cclark@lambdalegal.org

Robert V. Clutter
Kirtley, Taylor, Sims, Chadd & Minnette, P.C.
bclutter@kirtleytaylorlaw.com

Darren J. Murphy
Assistant Hamilton County Attorney
dmurphy@ori.net

Jordan Heinz
Brent Phillip Ray
Kirkland & Ellis LLP
jordan.heinz@kirkland.com
brent.ray@kirkland.com

Nancy Moore Tiller
Nancy Moore Tiller & Associates
nmt@tillerlegal.com

Elizabeth A. Knight
Porter County Administrative Center
eknight@porterco.org

              *s/Thomas M. Fisher*
              Thomas M. Fisher
              Solicitor General

Office of the Attorney General
Indiana Government Center South 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov