UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| MELISSA LOVE, ERIN BROCK, MICHAEL DRURY, LANE STUMLER, JO ANN DALE, CAROL UEBELHOER, JENNIFER REDMOND, JANA KOHORST, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 4:14-cv-15-RLY-TAB |
| MICHAEL RICHARD PENCE, | ) ) | |
| Defendant. | ) | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARILYN RAE BASKIN, ESTHER FULLER, BONNIE EVERLY, LINDA JUDKINS, DAWN LYNN CARVER, PAMELA RUTH ELEASE EANES, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:14-cv-355-RLY-TAB |
| PENNY BOGAN, KAREN M. MARTIN, MICHAEL A. BROWN, GREG ZOELLER, | ) ) ) ) | |
| Defendants. | ) | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIDORI FUJII, MELODY LAYNE, TARA BETTERMAN, SCOTT MOUBRAY-CARRICO, MONICA WEHRLE, HARRIET MILLER, GREGORY HASTY, CHRISTOPHER VALLERO, ROB MACPHERSON, STEVEN STOLEN, RODNEY MOUBRAY-CARRICO, L. M.-C., A. M.-S., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNOR, STATE OF INDIANA, COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, CLERK, ALLEN COUNTY, INDIANA, CLERK, HAMILTON COUNTY, INDIANA, <br><br> Defendants. | 1:14-cv-404-RLY-TAB |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHELLE BOWLING, SHANNON BOWLING, LINDA BRUNER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:14-cv-405-RLY-TAB |
| MICHAEL PENCE, GREGORY ZOELLER, MICHAEL ALLEY, ANITA SAMUEL, | ) ) ) ) | |
| Defendants. | ) ) | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PAMELA LEE, CANDACE BATTEN-LEE, TERESA WELBORN, ELIZABETH J. PIETTE, RUTH MORRISON, MARTHA LEVERETT, KAREN VAUGHN-KAJMOWICZ, TAMMY VAUGHN-KAJMOWICZ, J. S. V., T. S. V., T. R. V., | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:14-cv-406-RLY-TAB |
| MIKE PENCE, BRIAN ABBOTT, CHRIS ATKINS, KEN COCHRAN, STEVE DANIELS, JODI GOLDEN, MICHAEL PINKHAM, KYLE ROSEBROUGH, BRET SWANSON, STEVE RUSSO, | ) ) ) ) ) ) | |

|  |  |
|---|---|
| Defendants. | )<br>)<br>) |

**MINUTE ENTRY ON TELEPHONIC CONFERENCE HELD APRIL 21, 2014
BEFORE THE HONORABLE JUDGE RICHARD L. YOUNG**

These matters are before the court for a telephonic conference on **APRIL 21, 2014** to discuss status of the cases and for scheduling purposes.   A hearing on Preliminary Injunction and Summary Judgment in Baskin et al v Bogan et al (case number 1:14-cv-355-RLY-TAB) will be held **MAY 2, 2014 at 9:30 A.M.** in Room 301, 101 N.W. Martin Luther King, Jr. Blvd., Evansville, Indiana 47708.

Distributed Electronically to Registered Counsel of Record