UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARILYN RAE BASKIN, | ) | |
| ESTHER FULLER, | ) | |
| BONNIE EVERLY, | ) | |
| LINDA JUDKINS, | ) | |
| DAWN LYNN CARVER, | ) | |
| PAMELA RUTH ELEASE EANES, | ) | |
| HENRY GREENE, | ) | |
| AMY SANDLER, | ) | |
| GLENN FUNKHOUSER, | ) | |
| NIKOLE QUASNEY, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:14-cv-00355-RLY-TAB |
| | ) | |
| vs. | ) | |
| | ) | |
| PENNY BOGAN, | ) | |
| KAREN M. MARTIN, | ) | |
| MICHAEL A. BROWN, | ) | |
| GREG ZOELLER, | ) | |
| PEGGY BEAVER, | ) | |
| WILLIAM C. VANNESS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Courtroom Minutes for May 2, 2014

Before the Hon. Richard L. Young, Chief Judge

  Comes now the Plaintiffs by Camilla Taylor and Jordan Heinz the defendants appear by Thomas Fisher, Darren Murphy and Robert Clutter for the hearing on Motion for Preliminary Injunction filed by Plaintiffs Quasney and Sandler and oral argument on Summary Judgment.

  The court hears argument from the counsel. Further order shall issue by separate entry.

Distributed Electronically to Registered Counsel of Record