UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARILYN RAE BASKIN and ESTHER FULLER; BONNIE EVERLY and LINDA JUDKINS; DAWN LYNN CARVER and PAMELA RUTH ELEASE EANES; HENRY GREENE and GLENN FUNKHOUSER, individually and as parents and next friends of C.A.G.; NIKOLE QUASNEY and AMY SANDLER, individually and as parents and next friends of A.Q.-S. and M.Q.-S.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>PENNY BOGAN, in her official capacity as BOONE COUNTY CLERK; KAREN M. MARTIN, in her official capacity as PORTER COUNTY CLERK; MICHAEL A. BROWN, in his official capacity as LAKE COUNTY CLERK; PEGGY BEAVER, in her official capacity as HAMILTON COUNTY CLERK; WILLIAM C. VANNESS II, M.D., in his official capacity as the COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH; and GREG ZOELLER, in his official capacity as INDIANA ATTORNEY GENERAL,<br><br>      Defendants. | 1:14-cv-00355-RLY-TAB |

**FINAL JUDGMENT**

   The court, having this date granted Plaintiffs' Motion for Summary Judgment as to

all Defendants, now enters final judgment in Plaintiffs' favor, and against the Defendants

1

herein.   This case is now closed.

**SO ORDERED** this 25th day of June 2014.

                                                                              _____
                                                                              RICHARD L. YOUNG, CHIEF JUDGE
                                                                              United States District Court
                                                                              Southern District of Indiana

Laura A. Briggs, Clerk

BY:  _____
        Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record