UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARILYN RAE BASKIN and ESTHER FULLER; BONNIE EVERLY and LINDA JUDKINS; DAWN LYNN CARVER and PAMELA RUTH ELEASE EANES; HENRY GREENE and GLENN FUNKHOUSER, individually and as parents and next friends of C.A.G.; NIKOLE QUASNEY, and AMY SANDLER, individually and as parents and next friends of A.Q.-S. and M.Q.-S., <br><br>               Plaintiffs, <br><br>     vs. <br><br> PENNY BOGAN, in her official capacity as BOONE COUNTY CLERK; KAREN M. MARTIN, in her official capacity as PORTER COUNTY CLERK; MICHAEL A. BROWN, in his official capacity as LAKE COUNTY CLERK; PEGGY BEAVER, in her official capacity as HAMILTON COUNTY CLERK; WILLIAM C. VANNESS II, M.D., in his official capacity as the COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH; and GREG ZOELLER, in his official capacity as INDIANA ATTORNEY GENERAL, <br><br>               Defendants. | 1:14-cv-00355-RLY-TAB |

1

| | | |
|---|---|---|
| MIDORI FUJII; MELODY LAYNE and TARA BETTERMAN; SCOTT and Rodney MOUBRAY-CARRICO; MONICA WEHRLE and HARRIET MILLER; GREGORY HASTY and CHRISTOPHER VALLERO; ROB MACPHERSON and STEVEN STOLEN, individually and as parents and next friends of L. M.-C. and A. M.-S., | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:14-cv-00404-RLY-TAB |
| GOVERNOR, STATE OF INDIANA, in his official capacity; COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, in his official capacity; COMMISSIONER, INDIANA STATE DEPARTMENT OF REVENUE, in his official capacity; CLERK, ALLEN COUNTY, INDIANA, in her official capacity; CLERK, HAMILTON COUNTY, INDIANA, in her official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| OFFICER PAMELA LEE, CANDACE BATTEN-LEE, OFFICER TERESA WELBORN, ELIZABETH J. PIETTE, BATALLION CHIEF RUTH MORRISON, MARTHA LEVERETT, SERGEANT KAREN VAUGHN-KAJMOWICZ, TAMMY VAUGHN-KAJMOWICZ, and J. S. V., T. S. V., T. R. V., by their parents and next friends SERGEANT KAREN VAUGHN-KAJMOWICZ and TAMMY VAUGHN-KAJMOWICZ, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

2

                Plaintiffs,      )
)
      vs.                                    )      1:14-cv-00406-RLY-MJD
)
MIKE PENCE, in his official capacity as )
GOVERNOR OF THE STATE OF )
INDIANA; BRIAN ABBOTT, CHRIS )
ATKINS, KEN COCHRAN, STEVE )
DANIELS, JODI GOLDEN, MICHAEL )
PINKHAM, KYLE ROSEBROUGH, and )
BRET SWANSON, in their official )
capacities as members of the Board of )
Trustees of the Indiana Public Retirement )
System; and STEVE RUSSO, in his )
official capacity as Executive Director of )
the Indiana Public Retirement System, )
)
                Defendants.    )

**ENTRY ON DEFENDANTS' EMERGENCY MOTIONS TO STAY**

After the court granted summary judgment in favor of the Plaintiffs, the Defendants sought an emergency stay of those orders. Before the court could rule on those motions, Defendants sought a stay from the Seventh Circuit, which was granted except as applied to Nikole Quasney and Amy Sandler. The Seventh Circuit affirmed this court's decision and stayed that ruling until the Supreme Court either heard the case or declined certiorari. On October 6, 2014, the Supreme Court declined to hear the case. The Seventh Circuit lifted the stay the next day. The present motions still remain on this court's docket. The court **DENIES as moot** the motions to stay in the following cases:

1.    *Baskin v. Bogan*, 1:14-cv-00355-RLY-TAB, Filing No. 93;

2.    *Fujii v. Governor*, 1:14-cv-00404-RLY-TAB, Filing No. 55; and

3

3.  *Lee v. Pence*, 1:14-cv-00406-RLY-MJD, Filing No. 66.

**SO ORDERED** this 20th day of October 2014.

                                                  RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.