## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARILYN RAE BASKIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No.: |
| ) | 1:14-cv-00355-RLY-TAB |
| PENNY BOGAN, in her official capacity as ) | |
| BOONE COUNTY CLERK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE FOR ATTORNEYS' FEES AND COSTS

Plaintiffs, through their undersigned counsel, state as follows:

1. Pursuant to this Court's July 3, 2014 Order, Plaintiffs are to file their petition for attorneys' fees and costs on, or before, 95 days after the mandate in this case was issued by the Seventh Circuit or 35 days after proceedings in the United States Supreme Court are resolved, whichever date is later.

2. The United States Supreme Court denied Defendants' petition for a writ of certiorari on October 6, 2014, and the Seventh Circuit issued its mandate on October 7, 2014. *See Baskin v. Bogan*, 766 F.3d 648 (7th Cir.), *cert. denied*, 135 S.Ct. 316 (Oct. 6, 2014).

3. Plaintiffs' petition for attorneys' fees and costs therefore is due on January 12, 2015 (the first day after the 95th day that is not a Saturday, Sunday or legal holiday).

4. On December 12, 2014, Plaintiffs' counsel submitted a fee and cost proposal to Defendants.

5. Counsel for Plaintiffs and Defendants have conferred about the proposal and are currently actively engaged in good-faith negotiations regarding attorneys' fees and costs in this matter.

6. Accordingly, Plaintiffs request an extension of time to, and until, March 11, 2015, to submit their petition for attorneys' fees and costs in the hope that the parties can reach an agreement.

7. Counsel for Plaintiffs has consulted with Thomas Fisher from the Office of the Attorney General, who advised that there is no objection to this motion.

WHEREFORE, Plaintiffs request that the time for filing for reasonable attorneys' fees be extended to, and until, March 11, 2015, and for all other proper relief.

Dated:  January 6, 2015                                    Respectfully submitted,

/s/  *Jordan M. Heinz*

| | |
|---|---|
| Camilla B. Taylor | Jordan M. Heinz |
| LAMBDA LEGAL DEFENSE & | Brent P. Ray |
| EDUCATION FUND, INC. | Dmitriy G. Tishyevich |
| 105 West Adams, Suite 2600 | Melanie MacKay |
| Chicago, Illinois  60603 | KIRKLAND & ELLIS LLP |
| (312) 663 4413 | 300 North LaSalle Street |
| ctaylor@lambdalegal.org | Chicago, Illinois  60654 |
| | (312) 862 2000 |
| Paul D. Castillo | jordan.heinz@kirkland.com |
| LAMBDA LEGAL DEFENSE & | brent.ray@kirkland.com |
| EDUCATION FUND, INC. | dmitriy.tishyevich@kirkland.com |
| 3500 Oak Lawn Ave., Suite 500 | melanie.mackay@kirkland.com |
| Dallas, Texas 75219 | |
| (214) 219-8585, ext. 242 | Barbara J. Baird |
| pcastillo@lambdalegal.org | LAW OFFICE OF BARBARA J. BAIRD |
| | 445 North Pennsylvania Street, Suite 401 |
| | Indianapolis, Indiana 46204-0000 |
| | (317) 637-2345 |
| | bjbaird@bjbairdlaw.com |

**CERTIFICATE OF SERVICE**

  I, Jordan M. Heinz, an attorney, certify that on January 6, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel:

Thomas M. Fisher
OFFICE OF THE ATTORNEY GENERAL
302 West Washington Street
IGCS - 5th Floor
Indianapolis, IN 46204
(317) 232-6255
Fax: (317) 232-7979
Email: tom.fisher@atg.in.gov
*Counsel for Defendants Greg Zoeller, in his official capacity as Indiana Attorney General, and William C. Vanness II, M.D., in his official capacity as the Commissioner, Indiana State Department of Health*

Robert V. Clutter
KIRTLEY, TAYLOR, SIMS, CHADD & MINNETTE, P.C.
117 W. Main Street
Lebanon, IN 46052
765-483-8549
Fax: 765-483-9521
Email: bclutter@kirtleytaylorlaw.com
*Counsel for Defendant Penny Bogan, in her official capacity as Boone County Clerk*

Elizabeth A. Knight
PORTER COUNTY ADMINISTRATIVE CENTER
155 Indiana Avenue
Suite 205
Valparaiso, IN 46383
(219) 465-3329
Fax: (219) 465-3362
Email: eknight@porterco.org
*Counsel for Defendant Karen M. Martin, in her official capacity as Porter County Clerk*

Nancy Moore Tiller
NANCY MOORE TILLER & ASSOCIATES
11035 Broadway
Suite A
Crown Point, IN 46307
219-662-2300
Fax: 219-662-8739
Email: nmt@tillerlegal.com

*Counsel for Defendant Michael A. Brown, in his official capacity as Lake County Clerk*

Darren J. Murphy
Assistant Hamilton County Attorney
694 Logan St.
Noblesville, IN 46060
317-774-4212
Fax:  317-776-2369
Email:  dmurphy@ori.net
*Counsel for Defendant Peggy Beaver, in her official capacity as Hamilton County Clerk*

    /s/  *Jordan M. Heinz*