**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MARILYN RAE BASKIN, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: |
| | ) 1:14-cv-00355-RLY-TAB |
| PENNY BOGAN, in her official capacity as | ) |
| BOONE COUNTY CLERK, *et al*., | ) |
| | ) |
| Defendants. | ) |

**NOTICE TO COURT**

Plaintiffs, through their undersigned counsel, hereby notify the Court that they and Defendants have reached agreement regarding the amount of fees owed to them as prevailing parties under 42 U.S.C. 1988, and that payment of those fees has been received. Thus, Plaintiffs' claims for attorneys' fees and costs in this matter have been resolved and satisfied.

Dated:  March 9, 2015                                  Respectfully submitted,

                                                                   /s/  Jordan M. Heinz
Camilla B. Taylor                                       Jordan M. Heinz
LAMBDA LEGAL DEFENSE &                    Brent P. Ray
EDUCATION FUND, INC.                           Dmitriy G. Tishyevich
105 West Adams, Suite 2600                      KIRKLAND & ELLIS LLP
Chicago, Illinois  60603                              300 North LaSalle Street
(312) 663 4413                                            Chicago, Illinois  60654
ctaylor@lambdalegal.org                             (312) 862 2000
                                                                   jordan.heinz@kirkland.com
Paul D. Castillo                                          brent.ray@kirkland.com
LAMBDA LEGAL DEFENSE &                    dmitriy.tishyevich@kirkland.com
EDUCATION FUND, INC.
3500 Oak Lawn Ave., Suite 500                 Barbara J. Baird
Dallas, Texas 75219                                    LAW OFFICE OF BARBARA J. BAIRD
(214) 219-8585, ext. 242                             445 North Pennsylvania Street, Suite 401
pcastillo@lambdalegal.org                          Indianapolis, Indiana 46204-0000
                                                                   (317) 637-2345
                                                                   bjbaird@bjbairdlaw.com

**CERTIFICATE OF SERVICE**

I, Jordan M. Heinz, an attorney, certify that on March 9, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel:

Thomas M. Fisher
OFFICE OF THE ATTORNEY GENERAL
302 West Washington Street
IGCS - 5th Floor
Indianapolis, IN 46204
(317) 232-6255
Fax: (317) 232-7979
Email: tom.fisher@atg.in.gov
*Counsel for Defendants Greg Zoeller, in his official capacity as Indiana Attorney General, and William C. Vanness II, M.D., in his official capacity as the Commissioner, Indiana State Department of Health*

Robert V. Clutter
KIRTLEY, TAYLOR, SIMS, CHADD & MINNETTE, P.C.
117 W. Main Street
Lebanon, IN 46052
765-483-8549
Fax: 765-483-9521
Email: bclutter@kirtleytaylorlaw.com
*Counsel for Defendant Penny Bogan, in her official capacity as Boone County Clerk*

Elizabeth A. Knight
PORTER COUNTY ADMINISTRATIVE CENTER
155 Indiana Avenue
Suite 205
Valparaiso, IN 46383
(219) 465-3329
Fax: (219) 465-3362
Email: eknight@porterco.org
*Counsel for Defendant Karen M. Martin, in her official capacity as Porter County Clerk*

Nancy Moore Tiller
NANCY MOORE TILLER & ASSOCIATES
11035 Broadway
Suite A
Crown Point, IN 46307
219-662-2300
Fax: 219-662-8739
Email: nmt@tillerlegal.com

*Counsel for Defendant Michael A. Brown, in his official capacity as Lake County Clerk*

Darren J. Murphy
Assistant Hamilton County Attorney
694 Logan St.
Noblesville, IN 46060
317-774-4212
Fax:  317-776-2369
Email:  dmurphy@ori.net
*Counsel for Defendant Peggy Beaver, in her official capacity as Hamilton County Clerk*

/s/  Jordan M. Heinz